IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No.: 3:12-CV-760-FDW-DSC

MEINEKE CAR CARE CENTERS, INC., et. al.,

    Plaintiffs,

v.

ABOMB RESULTS, LLC, et. al.,

    Defendants.

## ORDER

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Dennis Dean Leone]" (document #3) filed December 7, 2012. For the reasons set forth therein, the Motion is **GRANTED**.

All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

The Clerk is directed to send copies of this Order to counsel of record; and to the Honorable Frank D. Whitney.

**SO ORDERED**.  Signed: December 7, 2012

_____
David S. Cayer
United States Magistrate Judge