**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
CHARLOTTE DIVISION

MEINEKE CAR CARE CENTERS, INC. )      CIVIL ACTION NO.
and ECONO LUBE N' TUNE, INC., )      3:12-cv-760
                                       )
            Plaintiffs, )
v. )
                                       )
ABOMB RESULTS, LLC, MELISSA )
ORTIZ, and ADAM REICH, and )
MICHAEL ORTIZ, )
                                     )
           Defendants. )
                                     )

## <u>NOTICE OF VOLUMTARY DISMISSAL WITHOUT PREJUDICE</u>

The Plaintiffs, MEINEKE CAR CARE CENTERS, INC. and ECONO LUBE N'

TUNE, INC., pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, by and

through the undersigned counsel, hereby give notice of and dismiss the above-captioned

matter, without prejudice, as to Defendants, **Abomb Results, LLC** and **Michael Ortiz**

**only**.  Each party shall bear its own costs and attorneys' fees.

Dated: This 4th day of September,  2013.

                                        /s/ David L. Tkach
                                        David L. Tkach, Esq.
                                        N.C. Bar No. 34252
                                        dtkach@tkachlaw.com
                                        David L. Tkach, PLLC
                                        2020 S. Tryon Street, Suite 2A
                                        Charlotte, North Carolina 28203

                                        Wesley S. White, Esq.
                                        N.C. Bar No.  43916
                                        wes@weswhitelaw.com
                                        Law Offices of Wesley S. White
                                        2020 S. Tryon Street, Suite 2A
                                        Charlotte, North Carolina 28203

*Co-Counsel (Pro Hac Vice)*

Dennis D. Leone, Esq.
Florida Bar No. 069401
dleone@shankmanleone.com
Shankman Leone, P.A.
609 E. Jackson Street, Suite 100
Tampa, Florida  33602

*Attorneys for Meineke Car Care Centers,*
*Inc. and Econo Lube N' Tune*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 4, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/EFC.  I also certify that the foregoing is being served this day on all counsel of record or *pro se* parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/EFC or in some other authorized manner for those counsel or parties who are not authorized to receive electronic notices of filing.

/s/ David L. Tkach_____
Attorney

**SERVICE LIST**

**Via Notice of Electronic Filing**
Michael David Bland, Esq.
N.C. Bar No. 008179
dbland@wbbatty.com
Weaver, Bennett & Bland, P.A.
196 N. Trade Street
P.O. Box 2570
Matthews, North Carolina  28106

**Via U.S. Mail**
Adam Reich
25 Paige Lane
Moriches, New York  11955