**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
CHARLOTTE DIVISION

| | | |
|---|---|---|
| MEINEKE CAR CARE CENTERS, INC. and ECONO LUBE N' TUNE, INC., | ) ) ) | CIVIL ACTION NO. 3:12-cv-760 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| ABOMB RESULTS, LLC, MELISSA ORTIZ, and ADAM REICH, and MICHAEL ORTIZ, | ) ) ) ) | |
| Defendants. | ) ) ) | |

## JOINT STIPULATION OF DISMISSAL

The parties, pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, by and through the undersigned counsel, hereby stipulate and agree that the above-captioned matter is hereby dismissed, without prejudice, as to Defendant, **Melissa Ortiz only**. Each party shall bear its own costs and attorneys' fees.

Respectfully submitted this 1st day of November, 2013.

DAVID L. TKACH, PLLC

By:/s/David L. Tkach
David L. Tkach, Esq.
N.C. Bar No. 34252
dtkach@tkachlaw.com
2020 S. Tryon Street, Suite 2A
Charlotte, North Carolina 28203
*Attorneys for Plaintiffs*

WEAVER, BENNETT & BLAND, P.A.

By:/s/M. David Bland
M. David Bland, Esq.
N.C. Bar No. 008179
dbland@wbbatty.com
196 N. Trade Street
P.O. Box 2570
Matthews, North Carolina 28106
*Attorneys for Defendant, Melissa Ortiz*